IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOYCE M. BEAUCHAMP,<br><br>　　　　　　Defendant. | 8:25CR148<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

1. The defendant is presently incarcerated in the Douglas County Jail, Omaha, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Ryan C. Carson for a hearing beginning on or after 30th day of July, 2025, at 1:30 P.M.

3. The requested Writ is for a federal proceeding unrelated to any criminal charges currently pending in state court.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Douglas County Jail, the Federal Bureau of Investigation, and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA, Plaintiff

　　　　　　　　　　　　　　　　　　LESLEY A. WOODS
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Nebraska

By:   s/ Sarah A. Hinrichs
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084
E-mail:  Sarah.Hinrichs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

s/ Sarah A. Hinrichs
Assistant U.S. Attorney

2