IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25CR148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF INTENT** |
| | ) | **TO PLEAD GUILTY** |
| JOYCE BEAUCHAMP, | ) | UNOPPOSED |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, JOYCE BEAUCHAMP, by and through, Attorney Lynae A. Tucker-Chellew, and respectfully notifies this Honorable Court of his intent to plead guilty in the above referenced matter.

In support of this Notice, Defendant states the following:

1. Defense Counsel anticipates that the Defendant will plead guilty to an Indictment as follows:

    a. Count 1 charging a violation of Title 18, United States Code, Sections 2251(a)(2) and (e).

    b. Count III charging a violation of Title 18, United State Code, Section 2252(a)(2) and (b)(1).

    c. In exchange for the Defendant's plea of guilty, the United States agrees to move to dismiss Count II at the time of sentencing.

2. Defendant respectfully requests her matter be taken off the trial docket and a change of plea hearing be set.

3. Defendant is currently being housed at the Douglas County Department of Corrections located 710 S 17th St, Omaha, NE 68102.

4. Defendant does not require an interpreter.

                                 JOYCE BEAUCHAMP, Defendant

                 By:     *s/Lynae Tucker-Chellew*
                               LYNAE TUCKER-CHELLEW, #27521
                               Attorney for Defendant
                               Dornan, Howard, Breitkreutz
                               Dahlquist & Klein PC LLO
                               1403 Farnam Street, Suite 232
                               Omaha, Nebraska 68102
                               (402) 884-7044 (phone)
                               (402) 884-7045 (fax)
                               lynae@dltlawyers.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on January 22, 2026, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

        Sarah Hinrichs, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        N/A

                                     *s/Lynae Tucker-Chellew*
                                     LYNAE TUCKER-CHELLEW, #27521
                                     Attorney for Defendant