IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:25CR148 |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL AND FOR COURT TO APPOINT NEW COUNSEL** |
| JOYCE M. BEAUCHAMP, | |
| Defendant. | |

COMES NOW Lynae Tucker-Chellew, Court Appointed Counsel for the Defendant, and moves the Court for appointment of superseding Counsel and for leave to withdraw as counsel for the Defendant, JOYCE M. BEAUCHAMP, for the reason that Counsel has accepted different employment wherein she is unable to provide court-appointed representation services after the date of March 20, 2026.

WHEREFORE, Lynae Tucker-Chellew moves the Court for leave to withdraw as counsel for the Defendant, JOYCE M. BEAUCHAMP.

Dated this 24th day of February 2026.

By: */s/ Lynae Tucker-Chellew*
Lynae Tucker-Chellew, #27521
DORNAN, HOWARD, BREITKREUTZ,
DAHLQUIST & KLEIN PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
lynae@dltlawyers.com

1

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on February 24, 2026, I electronically filed the foregoing Motion with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Sarah Hinrichs, Assistant United States Attorney

／s/ Lynae Tucker-Chellew

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that on February 24, 2026, I mailed the above filing via First Class Mail to the following:

JOYCE BEAUCHAMP at:

Douglas County Department of Corrections

Joyce Beauchamp # 3416789

710 S. 17th Street

Omaha, NE 68102

／s/ Lynae Tucker-Chellew