IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:25CR-148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| JOYCE M. BEAUCHAMP, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Stuart J. Dornan and hereby enters his appearance on behalf of Defendant, Joyce M. Beauchamp, as CJA appointed counsel.

JOYCE M. BEAUCHAMP, Defendant,

By:    *s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Howard, Breitkreutz,
Dahlquist & Klein PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dltlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Sarah A. Hinrichs, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553