IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOYCE M. BEAUCHAMP,<br><br>　　　　　　Defendant. | 8:25CR148<br><br>**ORDER** |

　　　　This matter is before the court on the motion of Attorney Lynae A. Tucker-Chellew to withdraw as counsel for the defendant, Joyce M. Beauchamp (Filing No. 35). Lynae A. Tucker-Chellew represents that she has accepted different employment wherein she is unable to provide court-appointed representation services. Lynae A. Tucker-Chellew's motion to withdraw (Filing No. 35) is granted.

　　　　Stuart J. Dornan, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Joyce M. Beauchamp for the balance of these proceedings pursuant to the Criminal Justice Act. Lynae A. Tucker-Chellew shall forthwith provide Stuart J. Dornan with the discovery materials provided the defendant by the government and such other materials obtained by Lynae A. Tucker-Chellew which are material to Joyce M. Beauchamp's defense.

　　　　The clerk shall provide a copy of this order to the defendant and Stuart J. Dornan, and he shall file his appearance forthwith.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 2nd day of March, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Ryan C. Carson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge