IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:25CR-148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED** |
| vs. | ) | **MOTION TO EXTEND TIME** |
| | ) | **TO SUBMIT** |
| JOYCE BEAUCHAMP, | ) | **SENTENCING MATERIALS** |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Joyce Beauchamp, by and through her attorney of record, Stuart J. Dornan, and hereby moves this Court for an Order for extension of time in which to submit Sentencing materials to the Court on behalf of said Defendant. In support of said Motion, the Defendant states as follows:

1. Undersigned counsel inherited this case from a different attorney for the purposes of sentencing. Defense Counsel entered appearance on March 2, 2026.

2. Due to the sensitive nature of this case and the nature of the Advisory Guideline Range, Defense Counsel needs to do a thorough review of governing case law; as well as a thorough review of all discovery.

3. Undersigned counsel has reached out to Assistant United States Attorney Sarah Hinrichs, and she has no objection to an extension of the deadline to submit the Sentencing materials.

4. Defendant has been contacted regarding her position on this Motion but has not yet advised; however, Defense Counsel has no reason to believe that Defendant would object.

5. The deadline to submit Sentencing materials is today, April 23, 2026.

6. Defendant requests a fourteen-day (14) extension, which would reset the due date for Sentencing materials to May 7, 2026.

WHEREFORE, Defendant prays that this Court enter an Order extending the time to submit Sentencing materials; and for any such further relief that the Court deems just and equitable.

JOYCE BEAUCHAMP, Defendant,

By:    *s/Stuart J. Dornan*
       STUART J. DORNAN, #18553
       Attorney for Defendant
       Dornan, Troia, Howard, Breitkreutz
       Dahlquist & Klein, PC LLO
       1403 Farnam Street, Suite 232
       Omaha, Nebraska 68102
       (402) 884-7044 (phone)
       (402) 884-7045 (fax
       stu@dltlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Sarah Hinrichs, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant

2