IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JOYCE M. BEAUCHAMP,

                Defendant.

8:25CR148

MOTION TO RESTRICT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to issue an Order pursuant to the E-Government Act restricting the access to the Plaintiff's Sentencing Memorandum as it contains information protected from public viewing in accordance with the law.

DATED this 7th day of May, 2026.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:    s/ Sarah A. Hinrichs
        SARAH A. HINRICHS, #24335
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3084
        E-mail:  Sarah.Hinrichs@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

        s/ Sarah A. Hinrichs
        Assistant U.S. Attorney