IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:25CR-148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PERMISSION** |
| | ) | **TO RESTRICT** |
| JOYCE BEAUCHAMP., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Joyce Beauchamp, by and through undersigned counsel, and requests permission from the Court to restrict Defendant's Motion for Downward Variance, Brief in Support, Sentencing Exhibit List, and Sentencing Exhibits based on the information contained therein.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

JOYCE BEAUCHAMP, Defendant,

By:    *s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
Dornan, Howard, Breitkreutz,
Dahlquist & Klein PC, LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
stu@dltlawyers.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May7, 2026, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Sarah Hinrichs, Assistant United States Attorney

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

Jessica Asplin, United States Probation and Pretrial Services Officer

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant
